FILED 17 DEC '24 15:46 USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-** 464-IM |
| **v.** | **INDICTMENT** |
| **BORYS RAFAEL ALMENDAREZ-CHAPAS,** | **21 U.S.C. § 841(a)(1) and 841(b)(1)(B)** |
| | **18 U.S.C. §§ 922(g)(5) and 924(c)(1)(A)** |
| **Defendant.** | **Forfeiture Allegations** |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(B))**

On or about December 4, 2024, within the District of Oregon, defendant **BORYS RAFAEL ALMENDAREZ-CHAPAS** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;



In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi).

///

///

///

**COUNT 2**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**
**(18 U.S.C. § 924(c)(1)(A))**

On or about December 4, 2024, within the District of Oregon, defendant **BORYS RAFAEL ALMENDAREZ-CHAPAS**, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), as set forth in Count 1, did knowingly possess one or more of the following firearms, to-wit:

1. a Smith and Wesson .380 Shield pistol, with serial number NHP2060;
2. a Glock 45, 9mm pistol, with serial number BRKW896; and,
3. a Sig Sauer P365, with serial number 66F371226;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT 3**
**(Alien in Possession of a Firearm)**
**(18 U.S.C. §§ 922(g)(5) and 924(a)(8))**

On or about December 4, 2024, within the District of Oregon, defendant **BORYS RAFAEL ALMENDAREZ-CHAPAS**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess one or more of the following firearms, to-wit:

1. a Smith and Wesson .380 Shield pistol, with serial number NHP2060;
2. a Glock 45, 9mm pistol, with serial number BRKW896; and,
3. a Sig Sauer P365, with serial number 66F371226,

which firearms had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

**FIRST FORFEITURE ALLEGATION**
**(Controlled Substance Offense)**

Upon conviction of an offense in Count 1, defendant **BORYS RAFAEL ALMENDAREZ-CHAPAS** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

**SECOND FORFEITURE ALLEGATION**
**(Firearm Offenses)**

Upon conviction of an offense in Counts 2 and 3, defendant **BORYS RAFAEL ALMENDAREZ-CHAPAS** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in that offense.

Dated: December 17, 2024.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney